STATE OF CONNECTICUT *v.* ROY AMBROS SCOTT

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 660 (AC 17742), is granted, limited to the following issue:

"Did the Appellate Court properly reject the defendant's claim that the court's instruction regarding attempted sexual assault in the first degree was constitutionally inadequate?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16240.

*Jon L. Schoenhorn,* in support of the petition.

Decided January 19, 2000

SUSAN M. MARSHALL ET AL. *v.* WILLIAM J. O'KEEFE ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 55 Conn. App. 801 (AC 18044), is denied.

*Max F. Brunswick,* in support of the petition.

*Patricia A. Tisdall* and *Andrew J. O'Keefe,* in opposition.